■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID CHERRY, Appellant. [718 NYS2d 691] —Judgment unanimously affirmed. Memorandum: We reject defendant's contention that Supreme Court abdicated its sentencing discretion to the victims. Contrary to the contention of defendant, the record establishes that his waiver of the right to appeal was knowing, voluntary and intelligent (*see, People v Kemp,* 94 NY2d 831, 833). That waiver encompasses defendant's challenge to the severity of the sentence (*see, People v Hidalgo,* 91 NY2d 733, 737). In any event, the sentence is neither unduly harsh nor severe. (Appeal from Judgment of Supreme Court, Erie County, Forma, J.—Attempted Sexual Abuse, 2nd Degree.) Present—Pigott, Jr., P. J., Green, Hayes, Wisner and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. VICTOR MORALES, Appellant, v JOSEPH E. McCOY, as Superintendent of Cayuga Correctional Facility, Respondent. [718 NYS2d 909] —Appeal unanimously dismissed without costs as moot (*see, People ex rel. Kendricks v Smith,* 52 AD2d 1090). (Appeal from Judgment of Supreme Court, Cayuga County, Corning, J.—Habeas Corpus.) Present—Pigott, Jr., P. J., Green, Hayes, Wisner and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. VALRICK JOHNSON, Appellant, v JOSEPH E. McCOY, as Superintendent of Cayuga Correctional Facility, Respondent. [718 NYS2d 913] —Appeal unanimously dismissed without costs as moot (*see, Matter of Eastman v New York State Bd. of Parole,* 247 AD2d 740). (Appeal from Judgment of Supreme Court, Cayuga County, Corning, J.—Habeas Corpus.) Present—Pigott, Jr., P. J., Green, Hayes, Wisner and Lawton, JJ.

■ NORMAN MIX et al., Appellants, v RICHARD KRAMER et al., Respondents [718 NYS2d 909] —Order unanimously affirmed without costs (*see, Sinon v Anastasi,* 244 AD2d 973). (Appeal from Order of Supreme Court, Erie County, Sconiers, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Green, Hayes, Wisner and Lawton, JJ.